## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 14-52-GF-BMM |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| | ) | |
| RONALD JOSEPH FOURHORNS, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

UPON REVIEW of the Unopposed Motion for Emergency Miscellaneous Relief filed by RONALD JOSEPH FOURHORNS, the above-named Defendant/Movant; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that, pending further order of this Court, the United States Marshals Service shall maintain custody of Mr. Fourhorns in Montana where he is to be held at either the Crossroads Correctional Center or the Cascade County Regional Detention Facility.

DATED this 5th day of September, 2018.

_____
Brian Morris
United States District Court Judge