IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 14-52-GF-BMM |
|---|---|
| Plaintiff/Respondent, | |
| vs. | ORDER RESCINDING ORDER |
| RONALD JOSEPH FOURHORNS, | |
| Defendant/Movant. | |

On September 6, 2018, counsel for Defendant/Movant Fourhorns moved the Court to reappoint him. Counsel has not obtained remand from the Court of Appeals. This Court lacks jurisdiction.

Accordingly, IT IS HEREBY ORDERED that the Order granting counsel's motion (Doc. 77) is RESCINDED.

DATED this 10th day of September, 2018.

Brian Morris
United States District Court Judge